UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WHIRLPOOL CORPORATION, a corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.:  CV13-8704 DMG-PJW<br><br>**ORDER RE STIPULATION OF DISMISSAL [20]** |

　　On May 13, 2014, the parties jointly submitted a Stipulation of Dismissal to the Court.

　　Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney's fees and other litigation expenses. IT IS SO ORDERED.

DATED: May 14, 2014

　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE